BRIAN S. KABATECK, SBN 152054
RICHARD L. KELLNER, SBN 171416 (rlk@kbklawyers.com)
REZA SINA, SBN 250428
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000
Fax: (213) 217-5010

ORIGINAL

07 DEC 19  PM 3: 28

RICHARD W. WIEKING

U.S. DISTRICT COURT

Attorneys for Plaintiff JACK COCHRAN
on Behalf of Himself and All Others Similarly Situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JACK COCHRAN, an individual, on
Behalf of Himself and All Others
Similarly Situated, as Well as on
Behalf of the General Public and
Acting in the Public Interest,

Plaintiff,

vs.

WASHINGTON MUTUAL BANK, a
Washington Corporation; and Does 1-
10, inclusive,

Defendants.

CASE NO. C07 06413 HRL

**PLAINTIFF'S LOCAL RULE 3-16
CERTIFICATION OF
INTERESTED ENTITIES OR
PERSONS**

Pursuant to Civil Local Rule 3-16, Plaintiff Jack Cochran hereby states that (i) no persons, firms, partnerships corporations or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding; and (ii) no persons, firms, partnerships corporations or other entities have any other kind of interest that could be substantially affected by the outcome of the proceeding

DATED:    December 17, 2007    KABATECK BROWN KELLNER LLP

By: _____

RICHARD L. KELLNER
Attorneys for Plaintiff and the Class

- i -