BRIAN S. KABATECK, SBN 152054
RICHARD L. KELLNER, SBN 171416 (rlk@kbklawyers.com)
REZA SINA, SBN 250428
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000
Fax: (213) 217-5010

Attorneys for Plaintiff JACK COCHRAN
on Behalf of Himself and All Others Similarly Situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK COCHRAN, an individual, on Behalf of Himself and All Others Similarly Situated, as Well as on Behalf of the General Public and Acting in the Public Interest,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, a Washington Corporation; and Does 1-10, inclusive,<br><br>Defendants. | CASE NO. C 07-06413 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

DATED:   December 27, 2007            KABATECK BROWN KELLNER LLP

                                      By: _____
                                          RICHARD L. KELLNER
                                          Attorneys for Plaintiff and the Class

- 1 -