UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jack Cochran, an individual, on behalf of Himself and All Othes Similarly Situated, as Well as on Behalf of the General Public and Acting in the Public Interest,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Washington Mutual Bank. a Washington corporation, and Does 1-10, inclusive,<br><br>　　　　　Defendants.<br>_____/ | No. C07-06413<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for April 8, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **April 11, 2008 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on April 4, 2008.

　　　　If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: January 3, 2008　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Patty Cromwell_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell, Courtroom Deputy
　　　　　　　　　　　　　　　　　　　　　　　　　　　to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Brian S. Kabateck     bsk@kbklawyers.com

Richard Kellner     rlk@kbklawyers.com, rs@kbklawyers.com

Richard Leslie Keller
Kabateck Brown Keller LLP
644 South Figueroa Street
Los Angeles, CA 90017

2